UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, RRI III, LLC, AND FMW RRI NC, LLC,<br><br>    Defendants,<br><br>  and<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., AND K.M.<br><br>    Nominal Defendants. | Civil Action No.: 1:22-CV-04267-LMM |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Liberty Mutual Fire Insurance Company ("LMFIC"), Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, RRI III, LLC, and FMW RRI NC, LLC (collectively, "Red Roof Defendants"), and Defendants Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M. (collectively, "Nominal Defendants"), hereby submit this Joint Stipulation of Voluntary Dismissal without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  LMFIC together with the Red Roof Defendants and the Nominal Defendants stipulate

and agree that all claims filed in this action as to the Red Roof Defendants and the Nominal Defendants are dismissed without prejudice, and LMFIC, the Red Roof Defendants, and the Nominal Defendants shall each bear their own attorneys' fees and costs.

Dated: May 3, 2023

/s/ Erika C. Birg_____
Erika C. Birg
Georgia Bar No. 058140
Erika.Birg@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW Suite 1700
Atlanta, Georgia 30363
Tel: (404) 332-6110


*Of Counsel:*

Nancy D. Adams, Esq. *(pro hac vice)*
NDAdams@mintz.com
Alec J. Zadek, Esq. *(pro hac vice)*
AZadek@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Alexandra Gallo-Cook, Esq. *(pro hac vice)*
Lgallocook@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
919 Third Avenue
New York, NY 10022
Tel: (212) 935-3000

*Counsel for Plaintiff Liberty Mutual Fire Insurance Company*


/s/ Shattuck Ely_____
Shattuck Ely

2

| | |
|---|---|
| Georgia Bar No. 246944<br>tely@fellab.com<br>Jonathan Spratling<br>Georgia Bar No. 358001<br>jspratling@fellab.com<br>Peachtree Center<br>Suite 2400 Harris Tower<br>233 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>Tel: (404) 586-9200 | *Counsel for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, RRI III, LLC, and FMW RRI NC, LLC* |

*/s/ Patrick J. McDonough*_____
John E. Floyd, Esq.
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese, Esq.
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt, Esq.
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals, Esq.
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind, Esq.
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa, Esq.
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Tel: (404) 881-4100

| | |
|---|---|
| Patrick J. McDonough, Esq.<br>Georgia Bar No. 489855<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge, Esq.<br>Georgia Bar No. 303999<br>jtonge@atclawfirm.com | *Counsel for Nominal Defendants Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4,* |

| | |
|---|---|
| ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, Georgia 30097<br>Tel: (770) 882-0900 | *W.K., E.H., M.M., R.P., M.B., D.P., A.F.,*<br>*C.A., R.K., K.P., T.H., and H.B.* |

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard, Esq.
Georgia Bar No. 558215
M. Janine Bell
Georgia Bar No. 538932
THE STODDARD FIRM
1534 N Decatur Road NE
Atlanta, Georgia 30307
Tel: (470) 467-2200
matt@legalhelpga.com   *Counsel for Nominal Defendant K.M.*
janine@legalhelpga.com

4